UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEREK TATE,

         Plaintiff,

v.

D. DELGADILLO,

         Defendant.

Case No. 20-cv-09476 EJD (PR)

**ORDER ON REMAND; REOPENING ACTION**

Plaintiff, a California inmate, filed the instant *pro se* civil rights complaint under 42 U.S.C. § 1983. Dkt. No. 1. This matter proceeded on the failure to protect and retaliation claims against Defendant Correctional Officer D. Delgadillo. Dkt. No. 70. On September 15, 2023, the Court granted Defendant's motion for summary judgment and dismissed all the claims with prejudice. Dkt. No. 75.

On appeal, the Ninth Circuit found that there remain genuine disputes of material facts as to both claims and reversed the judgment. Dkt. No. 83. The Ninth Circuit's formal mandate was issued on May 19, 2025. Dkt. No. 84. Accordingly, this matter shall be reopened for further proceedings.

**IT IS SO ORDERED.**

Dated: May 22, 2025

EDWARD J. DAVILA
United States District Judge